# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157925 & (57)(58)

CITIZENS PROTECTING MICHIGAN'S
CONSTITUTION, JOSEPH SPYKE, and
JEANNE DAUNT,
      Plaintiffs-Appellants,

v

SECRETARY OF STATE and
BOARD OF STATE CANVASSERS,
      Defendants/Cross-Defendants-
      Appellees,

and

VOTERS NOT POLITICIANS BALLOT
COMMITTEE, d/b/a VOTERS NOT
POLITICIANS; COUNT MI VOTE, d/b/a
VOTERS NOT POLITICIANS; KATHRYN A.
FAHEY; WILLIAM R. BOBIER;
and DAVIA C. DOWNEY;
      Intervening Defendants/Cross-
      Plaintiffs-Appellees.

SC: 157925
COA: 343517

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion to stay the effect of the Court of Appeals judgment and order is considered, and it is DENIED. The application for leave to appeal the June 7, 2018 judgment and order of the Court of Appeals remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2018



Clerk

s0613